

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2020

Nos. 04-20-00244-CR, 04-20-00245-CR, 04-20-00246-CR, 04-20-00247-CR,
04-20-00248-CR, 04-20-00249-CR, 04-20-00250-CR, 04-20-00251-CR, 04-20-00252-CR,
04-20-00253-CR, 04-20-00254-CR, 04-20-00255-CR, 04-20-00256-CR, 04-20-00257-CR

The **STATE** of Texas,
Appellant

v.

David Daniel **ROBLES**, **ET AL.**
Appellees

From the County Court, Kinney County, Texas
Trial Court Nos. 10007CR, 10164CR, 10156CR, 10165CR, 10176CR,
10182CR, 10205CR, 10209CR, 10226CR, 10231CR, 10236CR,
10237CR, 10238CR, 10239CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On September 11, 2020, this court issued an order granting appellant's motion to consolidate these appeals for the purposes of motions, orders, briefing, oral argument, decision, and opinion. Our order stated as follows:

> The motion is GRANTED IN PART and it is ORDERED that the appeals shall be consolidated for motions, briefing, and argument purposes only. The parties shall file motions, briefs, and other pleadings as if the appeals were one appeal, but shall include the table of cases that appears on page two of appellant's motion to consolidate, referencing all appeal and trial court cause numbers in the style of the filing.

> The court will dispose of the appeals with separate judgments, opinions, and mandates except to the extent the appeals involve the same defendant.

Appellant filed a consolidated brief in these appeals on September 28, 2020. Therefore, appellees' brief was due on October 29, 2020. Appellees have filed neither a brief nor a motion for extension of time. Appellees are therefore ORDERED to file **no later than January 4, 2021**, (1) their brief and (2) a motion for extension of time explaining the failure to file their brief.

If appellees' brief is not filed by January 4, 2021, this appeal will be submitted for consideration without benefit of an appellees' brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court